FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA A. CONTRERAS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　　Defendant. | CASE NO. CV 06-5406-GPS (AGR)<br><br>**JUDGMENT** |

In accordance with the Order Adopting Magistrate Judge's Report and Recommendation filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed.

DATED: 1/14/08

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE